IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Patricia Collins                              *
34 Clover Street
Johnstown, PA  15902                          *

    Plaintiff                              *

vs.                                           *   CIVIL ACTION NO.:

Juan Arrisueno, M.D.                          *
12501 Willowbrook Road
Suite 670                                     *
Cumberland, MD  21502
                                              *
And
                                              *
Juan Arrisueno, M.D., P.A.
12501 Willowbrook Road                        *
Suite 670
Cumberland, MD  21502                         *
    Serve on:
Juan Arrisueno, M.D.                          *
12501 Willowbrook Road
Suite 670                                     *
Cumberland, MD  21502
                                              *
And
                                              *
Western Maryland Health System
Corporation, successor in interest            *
to WMHS Braddock Hospital Corporation
and Sacred Heart Hospital of the              *
Sisters of Charity, Inc.
12400 Willowbrook Road                        *
Cumberland, MD  21502
    Serve On:                              *
Resident Agent
Jeffrey S. Getty, Esq.                        *
Geppert, McMullen, Paye & Getty
21 Prospect Square                            *
Cumberland, MD  21502
                                              *
And
                                              *

```
WMHS Braddock Hospital Corporation
12400 Willowbrook Road                  *
Cumberland, MD  21502
     Serve On:                          *
Resident Agent
Jeffrey S. Getty, Esq.                  *
Geppert, McMullen, Paye & Getty
21 Prospect Square                      *
Cumberland, MD  21502
                                        *
And
                                        *
Sacred Heart Hospital of the
Sisters of Charity, Inc.                *
900 Seton Drive
Cumberland, MD  21502                   *
     Serve On:
Resident Agent                          *
Jeffrey S. Getty, Esq.
Geppert, McMullen, Paye & Getty         *
21 Prospect Square
Cumberland, MD  21502                   *

     Defendants                         *

*    *    *    *    *    *    *    *    *    *    *    *
```

## COMPLAINT AND ELECTION FOR JURY TRIAL

Plaintiff, Patricia Collins, by and through her undersigned attorneys, hereby sues Defendants: Juan Arrisueno, M.D.; Juan Arrisueno, M.D., P.A.; Western Maryland Health System Corporation, successor in interest to WMHS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., and states the following as her cause of action:

1. This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. Section 1332 by virtue of the diversity of citizenship of the parties and because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

2. Venue is proper under 28 U.S.C. Section 1391 in that a substantial part of the events which give rise to this claim occurred in Alleghany County in the State of Maryland.

3. This action was originally filed in the Health Care Alternative Dispute Resolution Office of Maryland on April 5, 2012. Certificates of Qualified Expert and Reports were filed on October 10, 2012, copies of which are attached hereto as Exhibit A. On November 29, 2012, Plaintiffs filed an Election to Waive Arbitration with the Health Care Alternative Dispute Resolution Office of Maryland, a copy of which is attached hereto as Exhibit B. On December 3, 2012, the Health Care Alternative Dispute Resolution Office of Maryland issued an Order of Transfer, a copy of which is attached hereto as Exhibit C.

4. Plaintiff, Patricia Collins, is a citizen and resident of Johnstown, Pennsylvania, residing at 34 Clover Street, Johnstown, Pennsylvania.

5. At all times material hereto, Defendant, Juan Arrisueno, M.D., was and is a citizen of the State of Maryland, and is a physician licensed to practice medicine in the State of Maryland. Dr. Arrisueno was and is board certified in surgery, and was, in fact a practicing medical doctor and surgeon in Alleghany County, Maryland. Dr. Arrisueno undertook to provide health care services to the Plaintiff, Patricia Collins, relative to her care and treatment.

6. At all times material hereto, Defendant, Juan Arrisueno, M.D., P.A., was and is a corporation, organized and existing under the laws of the State of Maryland, and a Defendant, with its principal place of business in Alleghany County, Maryland, carrying on a regular business, located at 12502 Willowbrook Road, Suite 670, Cumberland, Maryland, 21502. Said Defendant was and is an entity whose agents, servants, employees, subsidiaries, and divisions undertook to provide services to the Plaintiff, Patricia Collins, relative to her care and treatment, and is subject to the jurisdiction of the Courts of the State of Maryland, and the United States District Court for the District of Maryland.

7. At all times material hereto, Western Maryland Health System Corporation, successor in Interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of

4

Charity, Inc., was and is a corporation, organized and existing under the law of the State of Maryland, and a health care provider, with its principal place of business in Alleghany County, Maryland, carrying on a regular business, located at 12400 Willowbrook Road, Cumberland, Maryland, 21502. Said Defendant was and is a corporation whose agents, servants, employees, subsidiaries, and divisions undertook to provide services to the Plaintiff, Patricia Collins, relative to her care and treatment, and is subject to the jurisdiction of the Courts of the State of Maryland, and the United States District Court for the District of Maryland.

8. At all times material hereto, Defendant, WMHS Braddock Hospital Corporation, was and is a corporation, organized and existing under the law of the State of Maryland, and a health care provider, with its principal place of business in Alleghany County, Maryland, carrying on a regular business, located at 12400 Willowbrook Road, Cumberland, Maryland, 21502. Said Defendant was and is a corporation whose agents, servants, employees, subsidiaries, and divisions undertook to provide services to the Plaintiff, Patricia Collins, relative to her care and treatment, and is subject to the jurisdiction of the Courts of the State of Maryland, and the United States District Court for the District of Maryland.

9. At all times material hereto, Defendant, Sacred Heart Hospital of the Sisters of Charity, Inc., was and is a corporation, organized and existing under the law of the State of Maryland, and a health care provider, with its principal place of business in Alleghany County, Maryland, carrying on a regular business, located at 900 Seton Drive, Cumberland, Maryland, 21502. Said Defendant was and is a corporation whose agents, servants, employees, subsidiaries, and divisions undertook to provide services to the Plaintiff, Patricia Collins, relative to her care and treatment, and is subject to the jurisdiction of the Courts of the State of Maryland, and the United States District Court for the District of Maryland.

10. At all times material hereto, Dr. Arrisueno was an actual, implied, ostensible, and/or apparent agent, servant, and/or employee, and was acting within the course and scope of his agency and/or employment with: Juan Arrisueno, M.D., P.A.; Western Maryland Health System Corporation, successor in Interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., as a physician, and had actual, express, implied, ostensible and/or apparent authority to act on their behalf as their agent, servant, and/or employee.

11. Defendants: Western Maryland Health System Corporation, successor in interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., operated a hospital and/or medical care center located at 900 Seton Drive, Cumberland, Maryland, 21502, known as WMHS and/or Western Maryland Health System, Braddock Campus, also f/k/a Sacred Heart Hospital and/or Braddock Hospital.

12. Defendants: Western Maryland Health System Corporation, successor in interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., are collectively referred to herein as the "WMHS Defendants".

13. Western Maryland Health System Corporation is the successor in interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc., WMHS Braddock Hospital Corporation, and Sacred Heart Hospital of the Sisters of Charity, Inc.

14. Prior to April 13, 2009, Plaintiff, Patricia Collins presented herself to Juan Arrisueno, M.D., and Juan Arrisueno, M.D., P.A., with several episodes of right upper quadrant pain.

Dr. Arrisueno diagnosed Ms. Collins with chronic cholecystitis and cholelithiasis, and recommended surgery.

15. On or about April 13, 2009, Patricia Collins presented herself to Juan Arrisueno, M.D., and the WMHS Defendants, for laparoscopic cholecystectomy for cholecystitis and cholelithiasis. Dr. Arrisueno performed the surgery upon Ms. Collins, and encountered technical difficulty in that the fundus of the gallbladder could not be elevated on top of the liver. It is noted in Dr. Arrisueno's operative report that "what appeared to be the cystic duct, was clearly identified and dissected and controlled with 2 proximal Ligaclips and 1 distal Ligaclip and transected."

16. During the procedure, it was realized that the common bile duct had been transected, not the cystic duct. Dr. Arrisueno completed the surgery, and ordered that Ms. Collins be transferred to a health care facility with more expertise to correct the bile duct injury.

17. That same day, Ms. Collins was emergently transported to Ruby Memorial Hospital at WVU Healthcare. Immediate surgery was contraindicated, as to allow time for the common bile duct to dilate.

18. On April 16, 2009 a Roux-en-Y choledochojejunostomy and intraoperative cholangiogram were successfully performed at Ruby Memorial Hospital.

19. Ms. Collins remained at Ruby Memorial Hospital and was discharged to home in stable condition on April 20, 2009.

20. Plaintiff underwent significant treatment following her discharge and still has significant complaints to the present time.

## COUNT I

### (Negligence)

Plaintiff, Patricia Collins, sues Defendants: Juan Arrisueno, M.D.; Juan Arrisueno, M.D., P.A.; Western Maryland Health System Corporation, successor in interest to WMHS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc.,

21. Plaintiff adopts and incorporates by reference paragraphs 1 through 20 of this Complaint as if each was set forth in full herein.

22. Defendants, Juan Arrisueno, M.D., Juan Arrisueno, M.D., P.A., Western Maryland Health System Corporation, successor in interest to WMHS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS

9

Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., and their agents, servants and employees, owed a duty to the Plaintiff, Patricia Collins, to exercise due care in their medical care and treatment of her. The said Defendants breached their duty of care, and deviated from the standard of care in the manner in which they, and/or their agents, and/or servants, and/or employees provided care and treatment to Patricia Collins, in that they:

a) Negligently performed the laparoscopic cholecystectomy procedure upon Ms. Collins;

b) Failed to use appropriate procedures to correctly identify the anatomy, and in particular, the common bile duct;

c) Failed to use appropriate procedures to correctly perform Ms. Collins' cholecystectomy;

d) Negligently transected the Plaintiff's common bile duct;

e) Failed to promptly and timely recognize that they had, in error, injured Ms. Collins' common bile duct; and,

f) Were otherwise negligent and deviated from the standard of care in their care and treatment of Patricia Collins.

23. The Defendants' negligence and deviations from the standard of care as described above, proximately caused serious injuries to the Plaintiff, including, but not limited to Ms. Collins' common bile duct being transected and Ms. Collins to be otherwise injured and damaged.

24. As a result of the negligence and deviation from the standard of care, and breach of duty of the Defendants, the Plaintiff, Patricia Collins, was proximately caused to sustain serious, painful, and permanent injuries and great mental suffering. As a further result thereof, the Plaintiff has been caused to incur, and will in the future be caused to incur, extensive medical and hospital care and treatment; has, is, and will in the future be disabled which has caused and will permanently continue to cause substantial loss of income; will be permanently impaired in her income earning capacity; and was otherwise injured and damaged.

25. The Plaintiff further alleges that the injuries and damages herein complained of were proximately caused by the negligence and want of care of the Defendants, Juan Arrisueno, M.D., Juan Arrisueno, M.D., P.A., Western Maryland Health System Corporation, successor in interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart

Hospital of the Sisters of Charity, Inc., without any negligence on the Plaintiff's part contributing thereto.

WHEREFORE, the Plaintiff, Patricia Collins, claims compensatory damages against Defendants, Juan Arrisueno, M.D., Juan Arrisueno, M.D., P.A., Western Maryland Health System Corporation, successor in interest to WHMS Braddock Hospital Corporation and Sacred Heart Hospital of the Sisters of Charity, Inc.; WMHS Braddock Hospital Corporation; and Sacred Heart Hospital of the Sisters of Charity, Inc., in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

JURY TRIAL DEMANDED

Respectfully submitted,

Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
10320 Little Patuxent Pkwy, #322
Columbia, MD 21044
(410) 884-6890

Bertram M. Goldstein
BERTRAM M. GOLDSTEIN & ASSOCS., P.A.
10320 Little Patuxent Pkwy, #322
Columbia, MD  21044
(410) 884-6890

Attorneys for Plaintiff