# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA COLLINS<br>**Plaintiff** | * | |
| | * | |
| v. | | Case No. JFM-13-55 |
| | * | |
| JUAN ARRISUENO, MD<br>**Defendant** | ****** | |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant against the Plaintiff, it is this 15th day of ___June___, 20_17___,

**ORDERED,**

1. Judgment is entered in favor of Defendant against Plaintiff, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
J. Frederick Motz
United States District Judge



Order of Judgment (in favor of Defendant) (Rev. 12/2000)