IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICIA COLLINS | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:13-CV-00055-JFM |
| JUAN ARRISUENO, M.D., *et al.*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL AS TO BILL OF COSTS**

The parties, by their respective undersigned counsel, stipulate and agree that Defendants' Bill of Costs [Document 101] is dismissed and that Plaintiff agrees not to appeal the judgment entered in favor of the Defendants [Document 98].

| | |
|---|---|
| /s/ Jeffrey L. Peek | /s/ Frederick W. Goundry, III |
| Jeffrey L. Peek | Frederick W. Goundry, III |
| USDC/MD # 09121 | USDC/MD # 09440 |
| CARDARO & PEEK, L.L.C. | VARNER & GOUNDRY |
| 201 North Charles Street | A Professional Corporation |
| Suite 2100 | 121 East Patrick Street, |
| Baltimore, MD 21201 | Frederick, Maryland  21701 |
| (410) 752-6166 | (301) 631-1800 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2017, a copy of the foregoing **Stipulation of Dismissal as to Bill of Costs** was sent via electronic transmission to:

Thomas C. Cardaro, Esquire
Jeffrey L. Peek, Esquire
C. Drew Fritch, Esquire
Cardaro & Peek, L.L.C.
201 North Charles Street
Suite 2100
Baltimore, MD 21201

Jeffrey S. Goldstein, Esquire
923 N. Calvert Street
Baltimore, MD 21202

_____
Frederick W. Goundry, III